91-50165



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

- - -

HONORABLE WILLIAM J. REA, JUDGE PRESIDING

- - -

FILED
JAN 28 1992
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ C.H. _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | CR 88-129-WJR |
| | ) | |
| JUAN RAMON MATTA BALLESTEROS, | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |
| _____ | ) | |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

LOS ANGELES, CALIFORNIA

TUESDAY, MARCH 13, 1990

DONNA BOWERS, C.S.R. 3591
OFFICIAL COURT REPORTER
430 UNITED STATES COURTHOUSE
312 NORTH SPRING STREET
LOS ANGELES, CALIFORNIA  90012
(213) 621-2400

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

<u>I N D E X</u>

<u>PAGE</u>

PROCEEDINGS IN OPEN COURT:

    PRETRIAL CONFERENCE RESUMED                                        4

1    APPEARANCES:

2        FOR THE PLAINTIFF:

3            ROBERT L. BROSIO
             UNITED STATES ATTORNEY
4            KEVIN P. CONNOLLY
             BRADLEY D. SIMON
5            TRIAL ATTORNEYS
             NARCOTIC AND DANGEROUS DRUG SECTION
6            CRIMINAL DIVISION
                 1400 NEW YORK AVENUE, N.W.
7                ROOM 4128
                 WASHINGTON, D.C.   20530
8                (202) 786-4701

9


10       FOR THE DEFENDANT:

11
             MARTIN R. STOLAR
12           ATTORNEY AT LAW
             351 BROADWAY
13           4TH FLOOR
             NEW YORK, NEW YORK   10013
14           (212) 219-1919

15
             ADOLFO Z. AGUILA
16           AGUILA-ROJAS LAW BUILDING
             6780 CORAL WAY
17           SUITE 200
             MIAMI, FLORIDA   33155
18

19

20

21

22

23

24

25

4

1    LOS ANGELES, CALIFORNIA; TUESDAY, MARCH 13, 1990; 1:30 P.M.

2              THE COURT:  YOU MAY BE SEATED.  ALL RIGHT.

3              ON THE MATTER OF UNITED STATES OF AMERICA VS.

4    BALLESTEROS,  I DON'T  HAVE THE CASE NUMBER.

5              MR. STOLAR:  88-129-WJR.

6              THE COURT:  WILL COUNSEL IDENTIFY THEMSELVES,

7    PLEASE.

8              MR. CONNOLLY:  FOR THE GOVERNMENT KEVIN

9    CONNOLLY FROM THE NARCOTIC & DANGEROUS DRUG SECTION,

10   WASHINGTON, D.C.

11             MR. SIMON:  BRADLEY D. SIMON, NARCOTIC &

12   DANGEROUS DRUG SECTION, WASHINGTON, D.C., ALSO FOR THE

13   GOVERNMENT.

14             MR. STOLAR:  AND FOR MR. MATTA, I'M MARTIN R.

15   STOLAR, ADOLFO Z. AGUILA AND MICHAEL J. BURNS, WHO ARE HERE;

16   AND THE RECORD SHOULD NOTE THAT PURSUANT TO OUR DISCUSSION

17   YESTERDAY IN CHAMBERS, THE DEFENDANT'S PRESENCE HAS BEEN

18   WAIVED FOR TODAY'S PROCEEDINGS.

19             THE COURT:  YES, THAT'S CORRECT.

20             MR. STOLAR:  JUDGE, WHEN WE LEFT  OFF YESTERDAY,

21   I HAD ASKED FOR ROUGHLY A 24-HOUR BREAK TO CONSIDER WHAT

22   WE MIGHT DO.  AND HAVING DONE SOME RESEARCH AND FOUND A

23   LITTLE BIT OF AUTHORITY ON, I WOULD LIKE TO ASK AND INDICATE

24   TO YOU THAT IT IS OUR INTENTION TO DO THE FOLLOWING.

25             WE WOULD ASK THAT YOUR POSITION AT THIS POINT

5

1    THAT WE HAVE AN APRIL 24TH TRIAL DATE, REMAIN AS IT IS.

2    JUDGE RAFEEDIE'S POSITION THAT WE HAVE AN APRIL 10TH TRIAL

3    DATE WILL REMAIN AS IT IS FOR THE MOMENT.  IT IS OUR

4    INTENTION, AS SOON AS WE HUMANLY CAN, TO PUT AN EMERGENCY

5    MOTION IN TO THE COURT OF APPEALS IN SAN FRANCISCO, ASKING

6    THAT COURT TO RESOLVE THE DEADLOCK.  WE BELIEVE WE HAVE

7    SOME AUTHORITY TO ASK THEM TO EXERCISE THEIR SUPERVISORY

8    POWERS AS SUCH, OR POTENTIALLY UNDER THE ALLRITZ ACT,

9    WHICHEVER WAY THEY DO IT, WE INTEND TO ASK THAT COURT ON

10   AN EMERGENCY BASIS TO PLEASE RESOLVE THE INABILITY THAT WE

11   ARE FACED WITH WITH TWO JUDGES OF COORDINATE JURISDICTION,

12   BOTH HAVING ESSENTIALLY SET TO GO TO TRIAL ON A PARTICULAR

13   DATE.

14              AND WE EXPECT, ASSUMING WE HAVE A TRANSCRIPT

15   OF OUR CONFERENCE YESTERDAY WHICH WE HAVE ORDERED ON A

16   RUSH BASIS, TO HAVE THAT MOTION BEFORE THE COURT EITHER ON

17   FRIDAY OF THIS WEEK OR AT THE VERY LATEST ON MONDAY OF NEXT

18   WEEK.

19              MR. CONNOLLY:  YOUR HONOR, I'M GOING TO STAND

20   WITH MY POSITION, THAT WE REQUESTED THAT OUR CASE PROCEED

21   FIRST; FAILING THAT, WE WOULD ASK THE COURT TO RESCHEDULE

22   THE APRIL 24TH, APRIL 27TH DATE TO MAKE THAT SUBSEQUENT TO

23   THE CASE IN FRONT OF JUDGE RAFEEDIE.

24              THE COURT:  DO YOU WISH TO RESPOND TO THAT?

25              MR. STOLAR:  IT DOESN'T REALLY CHANGE OUR

6

1    POSITION.  IT PUTS US IN THE SAME BOX THAT WE WERE IN

2    BEFORE IN TERMS OF, YOU KNOW, IF FOR SOME REASON OR OTHER

3    A MOTION FOR CONTINUANCE OR MOTION FOR SEVERANCE IS GRANTED

4    BY JUDGE RAFEEDIE, THEN ALL OF A SUDDEN WE ARE BACK BEFORE

5    YOU WITH ANOTHER DATE, AND WE ARE JUST STUCK.

6          THE COURT:   THE ORDER THAT MR. CONNOLLY ASKED

7    ME TO MAKE IS UNPRECEDENTED, I THINK, AND I HAVE NO WAY OF

8    ENFORCING IT.  IF JUDGE RAFEEDIE WANTS TO TRY HIS CASE

9    FIRST, I CAN'T STOP HIM FROM TRYING HIS CASE FIRST.  THERE

10   IS NO WAY THAT I CAN DO THAT.  AND SO, TO MAKE SUCH AN

11   ORDER IS UNENFORCEABLE AND IT IS NOT, IN MY OPINION, A

12   PROPER APPROACH TO MATTERS.

13         MR. CONNOLLY:  YOUR HONOR, THERE IS A SECOND

14   PART OF MY REQUEST, THE ONE ABOUT, FAILING THAT, FOR THE

15   COURT TO SET THE TRIAL DATE DOWN SUBSEQUENT TO JUDGE

16   RAFEEDIE'S COMPLETION OF THE CASE.

17         THE COURT:  THE PROBLEM IS, AS WE DISCUSSED

18   YESTERDAY, THAT IF FOR SOME REASON HE TRAILS HIS CASE A

19   WEEK OR TWO, OR WHATEVER, I DON'T KNOW -- IT'S PREMATURE

20   FOR ME TO DO ANYTHING AT THIS TIME, NOT KNOWING WHAT HE

21   IS GOING TO DO.  HE INSISTS HE IS GOING TO BE READY FOR

22   TRIAL ON THE 10TH OF APRIL.  THAT'S ALL I KNOW.  AND FOR ME

23   TO SAY THAT THIS CASE IS GOING TO FOLLOW HIS, WELL, THAT'S

24   FINE.  BUT WHAT IF HE HAS A NUMBER OF MOTIONS BEFORE HIM,

25   WHAT IF HE CONTINUES HIS MATTER OVER FOR 60 OR 90 DAYS?

7

1   AND IF WE FOLLOW HIS CASE, THEN THIS CASE WOULD BE TRIED

2   MAYBE THE END OF THIS YEAR.  AND THEN YOU HAVE ALL KINDS

3   OF SPEEDY TRIAL ACT CONCERNS.  I JUST DON'T THINK THAT I

4   CAN MAKE ANY KIND OF AN ORDER SUCH AS THAT.

5              I THINK IT WOULD BE UNWISE, AND I THINK IT'S

6   IMPROPER, AND I THINK WE ARE JUST GOING TO HAVE TO SEE

7   WHAT HAPPENS IF YOU TAKE IT TO THE NINTH CIRCUIT, WHETHER

8   OR NOT THEY'LL GET INVOLVED IN CALENDARING PROBLEMS IN THE

9   DISTRICT COURT I HAVE NO WAY OF KNOWING.  BUT AT LEAST YOU

10  ARE GOING TO TAKE A CRACK AT IT, I ASSUME.

11             MR. STOLAR:  THAT'S CORRECT, YOUR HONOR.

12             THE COURT:  AND WE'LL SEE WHAT HAPPENS.  BUT

13  THE WAY THINGS STAND AS OF THIS MOMENT IS THAT MY CASE WILL

14  NOT BE TRIED ON THE 24TH OF APRIL BECAUSE YOU, MR. STOLAR,

15  AND MR. MATTA BALLESTERAS WILL BE IN TRIAL IN FRONT OF

16  JUDGE RAFEEDIE.

17             MR. STOLAR:  THAT'S A DISTINCT POSSIBILITY AND

18  ONE THAT WE WOULD LIKE TO TRY TO ASK THE NINTH CIRCUIT TO

19  ADDRESS.

20             THE COURT:  SO THERE IS NO ORDER THAT I CAN SEE

21  THAT WOULD BE APPROPRIATE AT THIS TIME.

22             MR. CONNOLLY:  EXCUSE ME, YOUR HONOR.  ONE

23  POINT OF CLARIFICATION; IS THE COURT ADVISING MR. STOLAR

24  THAT  HE WILL NOT BE IN THIS COURT ON APRIL 24TH?

25             THE COURT:  I'M NOT ADVISING HIM OF ANYTHING.

8

1   I'M JUST ADVISING HIM THAT UNLESS HE GETS RELIEF FROM THE

2   NINTH CIRCUIT, OR UNLESS JUDGE RAFEEDIE MAKES A DRASTIC

3   TURNAROUND FROM WHAT HE SAID IN ALL OUR PRESENCE YESTERDAY

4   ON THE CONFERENCE CALL, ON THE 24TH OF APRIL HE IS GOING TO

5   BE IN JUDGE RAFEEDIE'S COURT, NOT THIS COURT.

6           MR. CONNOLLY:  WELL, IF MR. STOLAR IS ENGAGED

7   IN TRIAL IN FRONT OF JUDGE RAFEEDIE STARTING ON APRIL 10TH --

8           THE COURT:  YES.

9           MR. CONNOLLY:  SHOULD WE --

10          THE COURT:  OBVIOUSLY, WE ARE GOING TO HAVE TO

11  WAIT TILL HE FINISHES BEFORE WE CAN START OUR TRIAL.

12          MR. STOLAR:  BUT IT SEEMS TO ME THAT WE OUGHT

13  TO THEN COME BACK HERE ON THE DATE THAT WE HAVE SCHEDULED

14  FOR TRIAL WHERE THERE HAVE BEEN EXCLUSIONS UNDER THE SPEEDY

15  TRIAL ACT, AND WE'LL HAVE TO HAVE ANOTHER CONFERENCE ON

16  THE SUBJECT.

17          THE COURT:  WE WILL HAVE TO TALK ABOUT ANOTHER

18  DATE.

19          MR. STOLAR:  THAT'S CORRECT.  AND I WILL AGAIN

20  PUT ON THE RECORD MY OBJECTION AND THE FACT THAT I THINK

21  THE GOVERNMENT HAS ESSENTIALLY BLOWN THE CASE BY VIRTUE OF

22  THE SPEEDY TRIAL ACT.

23          MR. CONNOLLY:  WELL, I'M SURE THAT  MR. STOLAR

24  IS ENTITLED TO PUT ON THE RECORD ANY OF HIS COMMENTS THAT

25  HE WANTS, BUT IS THE COURT ADVISING US THAT THE MOTION DATE

9

1   IS STILL SET FOR MARCH 27TH?

2            THE COURT:  WELL, I GUESS THAT'S THE DATE OF

3   THE MOTION; ISN'T IT?

4            MR. STOLAR:  YES, THAT'S THE DATE FOR ARGUMENTS

5   ON THE MOTIONS THAT WE HAVE NOW.  AND I'M PREPARED TO COME

6   OUT AND ARGUE THE MOTIONS BEFORE YOU.  I MEAN, LOOK, IT'S

7   CONCEIVABLE THAT YOU COULD RENDER THE WHOLE BUSINESS

8   ACADEMIC, YOUR HONOR.

9            THE COURT:  WELL, AS FAR AS I'M CONCERNED, THE

10  MOTION DATE STILL STANDS.  I SEE NO REASON TO CHANGE THAT.

11           MR. CONNOLLY:  WELL, IN ANY EVENT, YOUR HONOR,

12  THE GOVERNMENT, IF MR. STOLAR ISN'T IN TRIAL IN FRONT OF

13  JUDGE RAFEEDIE WITH MR. MATTA ON APRIL 10TH, WILL THEN

14  REQUEST THE COURT TO SET DOWN ANOTHER PRETRIAL SO WE CAN

15  SET DOWN A NEW TRIAL DATE SUBSEQUENT TO THE COMPLETION OF

16  JUDGE RAFEEDIE'S TRIAL.

17           THE COURT:  YES.  WELL, THAT'S PROBABLY WHAT

18  WE WILL HAVE TO DO.  AND MR. STOLAR SAID WE COULD DO IT

19  ON THE 24TH, IF YOU WANT TO DO IT ON THE 24TH, THAT BEING

20  THE DATE IT'S PRESENTLY SET FOR TRIAL.

21           MR. CONNOLLY:  FINE, YOUR HONOR.

22           MR. STOLAR:  THANK YOU, YOUR HONOR.

23           THE COURT:  ALL RIGHT.  NOW, WITH RESPECT TO

24  THAT MOTION DATE, I WOULD LIKE TO MOVE IT UP TO 9 O'CLOCK.

25  IS THERE ANY PROBLEM WITH THAT?

10

1            MR. STOLAR:   NO.  IF IT'S 9:30, I HAVE TO COME

2  IN THE NIGHT BEFORE AT LEAST, ANYWAY; SO IT MAKES NO

3  DIFFERENCE.

4            THE COURT:   A HALF AN HOUR DOESN'T MATTER THAT

5  MUCH TO YOU, BUT IT DOES TO ME.

6            MR. STOLAR:   NO PROBLEM.  IF YOU WANT TO MAKE

7  IT 8:30, THAT'S OKAY ALSO.

8            THE COURT:   NO, I WOULD RATHER DO IT AT 9:00.

9            MR. STOLAR:   FINE.

10           MR. CONNOLLY:   NO OBJECTION, YOUR HONOR.

11           THE COURT:   VERY WELL.  ALL RIGHT, GENTLEMEN,

12  THERE IS NOTHING AT THIS POINT IN TIME THAT I CAN SEE IS

13  APPROPRIATE FOR ME TO DO, TO TAKE ACTION ON, OTHER THAN

14  SEE WHAT HAPPENS TO YOUR REQUEST BEFORE THE NINTH CIRCUIT.

15           MR. STOLAR:   THANK YOU VERY MUCH.

16           MR. CONNOLLY:   THANK YOU VERY MUCH.

17           MR. SIMON:   THANK YOU, YOUR HONOR.

18           THE COURT:   ALL RIGHT.  WE WILL BE IN RECESS.

19           (PROCEEDINGS CONCLUDED.)

20                    - - -

21

22     I CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT

23     TRANSCRIPT OF PROCEEDINGS HAD ON THE RECORD IN THE

       ABOVE-ENTITLED MATTER.

24

25     _____        _____
       OFFICIAL COURT REPORTER              DATE